**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
NOV 12 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-76-SCM-CJS

**CHASE ALEXANDER COX**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 1958**

From on or about September 25, 2026, through on or about November 3, 2026, in Campbell County, in the Eastern District of Kentucky, and elsewhere,

**CHASE ALEXANDER COX**

used the mail and a facility of interstate commerce with the intent that the murder of R.B. be committed in violation of the laws of the State of Ohio and of the Commonwealth of Kentucky as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, that is, at least $500 in United States currency, in violation of 18 U.S.C. § 1958.

**COUNT 2**
**18 U.S.C. § 1001(a)(2)**

On or about October 8, 2026, in Campbell County, in the Eastern District of Kentucky,

**CHASE ALEXANDER COX**

willfully and knowingly did make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is the Federal Bureau of Investigation and the Bureau of Alcohol, Tobacco, Firearms and Explosives, namely when asked whether there was any reason to think he would be a threat to R.B., **CHASE ALEXANDER COX** said, "No, I love [R.B.] with all my heart, I would never put [him/her] in harm's way." The statements and representations were false because, as **CHASE ALEXANDER COX** then and there knew, he was attempting to have someone murder R.B. on his behalf, in violation of 18 U.S.C. § 1001(a)(2).

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW SPIEVACK**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 2:** Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.